**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| DITAR, S.A.,<br>*Plaintiff*,<br>v.<br>UNITED STATES,<br>*Defendant*,<br>and<br>COALITION FOR FAIR TRADE IN SHOPPING BAGS,<br>*Defendant-Intervenor*. | Ct. No. 24-00130-MMB |

**JUDGMENT**

For the reasons stated in Slip Opinion 26-114 (ECF 64), the court sustains the Department of Commerce's redetermination (ECF 45).

Dated: September 15, 2026
New York, New York

/s/ *M. Miller Baker*
M. Miller Baker, Judge