# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DITAR, S.A.,<br>Plaintiff,<br>v.<br><br>UNITED STATES,<br>Defendant,<br>and<br><br>COALITION FOR FAIR TRADE IN SHOPPING BAGS,<br>Defendant-Intervenor. | Before: Hon. M. Miller Baker, Judge<br><br>Court No. 24-00130 |

## NOTICE OF APPEAL

Notice is given that Ditar, S.A., Plaintiff in the above-named case, appeals to the U.S. Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade in this action, *Ditar, S.A. v. United States*, Ct. No. 24-00130, slip op. 26-114 (Ct. Int'l Trade September 15, 2026), ECF No. 64, and Judgment Order (Ct. Int'l Trade September 15, 2026), ECF No. 65. This Notice is filed in accordance with 29 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

Respectfully submitted,

/s/ Robert G. Gosselink
Robert G. Gosselink
**TRADE PACIFIC PLLC**
700 Pennsylvania Ave., SE, Suite 500
Washington, D.C. 20003
(202) 223-3760

Dated: November 16, 2026

Counsel to Ditar, S.A.